UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CAREY MAZZONI,

    Plaintiff,

    v.

THE TRAVELERS HOME and
MUTUAL INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO. 3:19-2169

(JUDGE MANNION)

## ORDER

Based on the foregoing Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant Travelers' motion to dismiss, **(Doc. 3)**, Counts I and II of plaintiff's complaint, **(Doc. 1-1)**, is **GRANTED**;

2. Plaintiff's complaint, **(Doc. 1-1)**, is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**Date: February 13, 2020**

19-2169-02-order